*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

ANDY SALEH and MIRNA SALEH,

      Plaintiffs-Appellants,

v

SAFECO INSURANCE COMPANY OF ILLINOIS,

      Defendant-Appellee.

UNPUBLISHED
May 28, 2020

No. 345866
Wayne Circuit Court
LC No. 17-007779-NF

Before: BECKERING, P.J., and FORT HOOD and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

      I concur in the result only.

                                         /s/ Douglas B. Shapiro